UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JESUS ABULARACH,

                Plaintiff,           Index No.:

      -against-

HIGH WING AVIATION LLC,           **COMPLAINT**

              Defendants.       **Jury Trial Demanded**

------------------------------------------------------------------X

Plaintiff Jesus Abularach ("Plaintiff" or "Abularach"), by his undersigned attorneys, as and or his complaint against High Wing Aviation LLC ("HWA" or "Defendant") alleges as follows:

## NATURE OF THE ACTION

1. HWA owned a Cessna TU206G, serial number U20604033 (the "Aircraft") that it advertised was for sale. Plaintiff was interested in purchasing the Aircraft, and paid Defendant the purchase price of $180,000 (the "Purchase Price"). Despite receiving the funds, Defendant never delivered the Aircraft, and has not returned the funds. HWA's failure to deliver the Aircraft or refund payments has caused, and continues to cause, substantial financial harm to Plaintiff. Accordingly, Plaintiff brings this action for return of the funds or delivery of the Aircraft.

## PARTIES, JURISDICTION, AND VENUE

2. Abularach is a citizen and resident of Bolivia.

3. HWA is a New York domestic limited liability company with its principal place of business in the State and City of New York, County of Queens. Upon information and belief, the member(s) of HWA are residents of New York State.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as this is a civil action where the matter in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs, and is between a citizen of a State and a citizen or subject of a foreign state.

5. Venue is proper in this County because (i) the Defendant is located in Queens County, New York and (ii) a substantial part of the events or omissions giving rise to the claims herein occurred in the Eastern District of New York.

## **FACTUAL BACKGROUND**

6. Upon information and belief, Hector Espinoza ("Espinoza") is the sole member of HWA.

7. In the early months of 2021, Plaintiff's agent, Jared Ortiz ("Ortiz"), entered into an agreement on Plaintiff's behalf to purchase the Aircraft from HWA.

8. Ortiz and Espinoza negotiated the purchase of the Aircraft by text message in WhatsApp.

9. The parties ultimately agreed that HWA would sell the Aircraft to Plaintiff for the Purchase Price.

10. Abularach paid the Purchase Price to HWA on March 11, 2021, via two wire transfers for $70,000 and $110,000, respectively.

11. HWA provided an invoice acknowledging receipt of the Purchase Price from Abularach.

12. However, despite acknowledging the payment, HWA failed to deliver the Aircraft to Plaintiff.

{00470681.DOCX; 8}

13. Abularach's agent, Ortiz, made several inquiries to Espinoza concerning delivery of the Aircraft. Espinoza responded that the Department of Homeland Security ("DHS") and the Federal Aviation Administration ("FAA") had seized all of the aircrafts held by HWA, including the Aircraft.

14. Espinoza's statement was false. Neither the DHS nor the FDA seized the Aircraft. Indeed, the Aircraft was not even listed on the documentation provided by Espinoza purporting to demonstrate that it had been seized.

15. Despite due, frequent, and adequate demand, HWA failed to make, or even propose, any arrangement to either deliver the Aircraft or reimburse the Purchase Amount.

**AS AND FOR A FIRST CLAIM FOR RELIEF**
**(Breach of Contract)**

16. Abularach repeats each of the foregoing allegations with the same force and effect as if fully set forth herein.

17. Abularach and HWA entered into an agreement for the purchase of the Aircraft.

18. Abularach fully performed under the agreement by paying HWA the Purchase Price to HWA.

19. HWA have breached its contract with Abularach by failing to deliver the Aircraft to Abularach.

20. By reason of HWA's breach of contract, Abularach has been damaged, and is entitled to recover from HWA an amount to be determined at trial but in no event less than $180,000, plus pre- and post- judgment interest thereon at the maximum legal rate and for all attorney's fees and expenses related to this action.

3

## AS AND FOR A SECOND CLAIM FOR RELIEF
### (In the Alternative, Unjust Enrichment)

21.   Abularach repeats each of the foregoing allegations with the same force and effect as if fully set forth herein.

22.   As set forth above, Abularach paid, and HWA received, $180,000 for the purchase of the Aircraft.

23.   HWA neither delivered the Aircraft nor returned the amounts paid by Plaintiff.

24.   HWA has had the use of Plaintiff's funds since at least March 11, 2021.

25.   By neither returning the Purchase Price nor delivering the Aircraft, HWA has been unjustly enriched at Abularach's expense.

26.   By reason of the foregoing, Abularach has been damaged and is entitled to recover from HWA an amount to be determined at trial but in no event less than $180,000, plus pre- and post- judgment interest thereon at the maximum legal rate and for all attorney's fees and expenses related to this action.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant as follows:

(A)   On the First Claim for Relief, for breach of contract, in an amount to be determined at trial, but in no event less than $180,000, plus interest at the maximum rate permitted by law, the costs of this action, and attorney fees;

(B)   On the Second Claim for Relief, for unjust enrichment, in the amount of $180,000, plus interest at the maximum rate permitted by law, the costs of this action, and attorney fees;

(C)   For such other and further relief as this Court may deem just and proper.

{00470681.DOCX; 8}

Dated: March 3, 2022
      New York, New York

          COHEN TAUBER SPIEVACK & WAGNER P.C.

By: _____
            Stephen Wagner
            420 Lexington Avenue, Suite 2400
            New York, New York 10170
            Tel.: (212) 586-5800
            swagner@ctswlaw.com

            *Counsel to Jesus Abularach*

{00470681.DOCX; 8}