## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: March 9, 2022

Index #   1:22-CV-01266-MKB-RML

*JESUS ABULARACH*                                                     Plaintiff

against

*HIGH WING AVIATION LLC*                                      Defendant

STATE OF NEW YORK                SS.:
COUNTY OF ALBANY

_____JAMES PERONE_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____March 30, 2022_____ , at __11:00 AM__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____HIGH WING AVIATION LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was

made pursuant to Section __303 Limited Liability Company Law__ . Deponent further says that deponent knew the

person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__30th__ day of March 2022

_____
SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC8308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

_____
JAMES PERONE
**Attny's File No.**
Invoice•Work Order # S1874859