UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JESUS ABULARACH,

                Plaintiff,                        JUDGMENT
      v.

                                                22-CV-1266 (MKB) (RML)
HIGH WING AVIATION LLC,

                Defendant.
---------------------------------------------------------------X

An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on February 3, 2023, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated December 19, 2022, granting Plaintiff's motion for a default judgment and finding that Defendant is liable for breach of contract; awarding Plaintiff (1) a sum of $180,000 in damages, and (2) prejudgment interest at a per diem interest rate of $44.38 from March 8, 2022 to the date of the judgment; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $14,867.30; it is

ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; that Defendant is liable for breach of contract; and that Plaintiff is awarded a total amount of $ 194,867.30.

Dated: Brooklyn, New York                        Brenna B. Mahoney
       February 6, 2023                        Clerk of Court

                                    By:    */s/Jalitza Poveda*
                                          Deputy Clerk