**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JESUS ABULARACH,<br><br>                                   **Plaintiff,**<br><br>    - against -<br><br>HIGH WING AVIATION LLC,<br><br>                                   **Defendant.** | 22-cv-01266 (MKB-RML)<br><br>**BRIEFING SCHEDULE<br>STIPULATION** |

## STIPULATION

      IT IS HEREBY STIPULATED by and between the undersigned on behalf of their respective clients, that defendant's motion to vacate the default judgment as per Fed. R. Civ. P. 60(b) must be filed on or before Sept. 19, 2023 and that plaintiff's opposition to defendant's motion to vacate the default judgment must be filed on or before October 31, 2023.

Dated:
New York, New York
August _10th_, 2023.

By: _[signature]_
_____
Peter A. Crusco, Esq.
Peter A. Crusco, Attorney at Law P.C.
*Counsel to Defendant*
8 Reeves Avenue
Farmingdale, N.Y. 11735
(631) 559-6366
email: pacrusco.attorney@gmail.com

By: _[signature]_
_____
Yitzchak E. Cohen, Esq.
The Law Offices of Yitzchak E. Cohen
*Counsel to Plaintiff*
7 Times Square
19th Floor
New York, N.Y. 10036
(212) 280-7200
Email: ycohen@zlitigator.com

SO ORDERED:
s/ MKB 8/11/2023

_____
MARGO K. BRODIE
United States District Judge