

**PETER A. CRUSCO**
Attorney

📞 631.559.6366
✉ pacrusco.attorney@gmail.com

May 28, 2025

Hon. Robert M. Levy
Magistrate Judge
United States Magistrate
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Abularach v. High Wing Aviation LLC, 22 cv 01266 (MKB, RML)

Your Honor,

As you are aware the undersigned represents the Defendant in this matter. This is to advise the Court that the referenced matter has been settled by written stipulation of settlement between the parties which includes a specified quarterly payment schedule through to July 1st of 2026 by Defendant. Per the agreement there was no admission of liability by either party and it was agreed that a written stipulation of dismissal would be filed by Defendant on the final payment (and bank clearance) on July 1, 2026.

Accordingly, Defendant respectfully requests that the Court adjourn the virtual conference scheduled for tomorrow, May 29, 2025 at 5 PM to a date after July 10th, 2026 or the filing on ECF of a proposed "So Ordered" stipulation of dismissal, whichever may occur first.

Respectfully submitted,

PETER A. CRUSCO, ATTORNEY at LAW, P.C.
By:

*Peter A. Crusco*